COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



MEMORANDUM ORDER

Appellate case name:     Nai ("Jack") Wang and Wang Investment Houston Partnership v. Jose Gonzalez, All American Demolition, LLC, and Nelson Equipment, Ltd.

Appellate case number:   01-11-00434-CV

Trial court case number:  2009-26214

Trial court:           295th District Court, Harris County, Texas

On January 29, 2013, Appellees Jose Gonzalez and All American Demolition, LLC filed a motion for rehearing. It is **ordered** that responses of Appellants Nai ("Jack") Wang and Wang Investment Houston Partnership and Appellee Nelson Equipment, Ltd., if any, are due **Monday, February 11, 2013**.

It is so ORDERED.

Judge's signature: /s/ Evelyn V. Keyes

         ☑ Acting individually    ☐ Acting for the Court

Date: January 31, 2013